IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

     v.                    2:15-cr-76-2

Julio Lopez-Martinez

<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 65) that the defendant's guilty plea be accepted.  The court accepts the defendant's plea of guilty to the lesser included offense of Count 1 indictment, and he is hereby adjudged guilty on that count.  The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: June 8, 2016               s\James L. Graham
                               James L. Graham
                               United States District Judge